IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **AMBER IVEY,** | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 1:20-cv-01995-RDB |
| **LINDA H. LAMONE, in her** **Official Capacity as** **State Administrator of Elections,** | * * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Amber Ivey, Plaintiff, and Linda H. Lamone, in her Official Capacity as State Administrator of Elections, Maryland Board of Elections, Defendant, by their respective attorneys, move that the Court approve and enter the proposed Consent Judgment attached hereto as Exhibit A. As grounds for the Motion, the Plaintiffs state:

1. The proposed Consent Judgment has been negotiated among the parties.

2. The proposed Consent Judgment represents a fair, adequate, and reasonable resolution of this action that will benefit all parties while serving the public interest.

Respectfully submitted,

July 20, 2020

__/s/ H. Mark Stichel_____
H. Mark Stichel, Bar No. 02939
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100
Baltimore, Maryland 21202
Telephone: 410.783.3550
Facsimile: 410.783.3530
hmstichel@agtlawyers.com

*Counsel for Plaintiff*

      /s/ Andrea W. Trento
ANDREA W. TRENTO (Fed. Bar No. 28816)
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
atrento@oag.state.md.us
(410) 576-6472
(410) 576-6955 (facsimile)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2020, a copy of the foregoing Joint Motion for Entry of Consent Judgment was served upon all counsel of record via the Court's ECF System.

      /s/ H. Mark Stichel
H. Mark Stichel, Bar No. 02939